AO 247 (Rev. 11/11) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| EDGAR OCORO | ) | Case No: 05-00013-CB-C |
| | ) | USM No: 10628-003 |
| Date of Original Judgment: August 13, 2010 | ) | |
| Date of Previous Amended Judgment: | ) | |
| *(Use Date of Last Amended Judgment if Any)* | | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

The defendant is not eligible for a reduction of sentence based on Amendment 782 because "[the] amendment does not have the effect of lowering the defendant's applicable guideline range." U.S. Sentencing Guidelines Manual § 1.B1.10(a)(2)(B). Defendant was sentenced to 240 months, which is the statutory minimum sentence. The guideline range cannot be reduced below the statutory minimum sentence. See U.S. Sentencing Guidelines Manual § 5G1.1(b) (if greater than calculated guideline minimum, statutory minimum becomes guideline minimum). Therefore, the motion for reduction of sentence is DENIED.

Except as otherwise provided, all provisions of the judgment dated August 13, 2010 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: January 14, 2016                s/Charles R. Butler, Jr.
                                                            *Judge's signature*

Effective Date: _____                    Charles R. Butler, Jr., Senior United States District Judge
*(if different from order date)*                 *Printed name and title*